In the Matter of the Probate of the Last Will and Testament of NEWELL P. HOPSON, Deceased.— Decree modified as to construction of will and as modified affirmed, with separate bills of costs to each respondent appearing upon this appeal by separate attorney and filing brief, payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JAMES R. DIXON, Plaintiff, v. TONY TALARICO, Defendant. GEORGE J. SKINNER, Receiver, Appellant; JOSEPHINE TALARICO, Respondent.— Orders affirmed, with costs. All concur. Present— Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LAURA E. STEIN, Appellant, v. CARL A. STEIN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LAURA E. STEIN, Appellant, v. CARL A. STEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LAURA E. STEIN, Appellant, v. CARL A. STEIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [132 Misc. 886.]

LAURA E. STEIN, Appellant, v. CARL A. STEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LAURA E. STEIN, Appellant, v. GUSTAV H. STEIN and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LAURA E. STEIN, Appellant, v. GUSTAV H. STEIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CLARK, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PAUL BAGNE, Respondent, v. ROCHESTER TIMES UNION, INC., Appellant.— Judment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FREDERICK A. ROSE, as Sole Administrator, etc., of MARVIN W. ROSE, Deceased, Respondent, v. C. HARRY GILFETHER, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE NATIONAL BANK OF GENEVA, Respondent, v. UNION TRUST COMPANY and Others, Defendants. HELENA M. FULLER, as Executrix, etc., of LOUIS E. FULLER, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GORBON and LAWRENCE PLACEK, Appellants.*— Judgment of conviction and order as to the defendant Placek affirmed. Judgment of conviction and order as to the defendant Gorbon reversed and a new trial granted on questions of law only, the court having examined all the facts and found no error therein, upon the ground that the evidence was insufficient to warrant a conviction. All concur, except Taylor, J., who dissents

---

* Appeal as to defendant Placek withdrawn, 252 N. Y. 618.